

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JUAN HERRERA HERNANDEZ, DEFENDANT(S). | CASE NUMBER SA17-00208M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>Defendant Juan Herrera Hernandez</u>, IT IS ORDERED that a detention hearing is set for <u>Monday, June 26</u>, <u>2017</u>, at <u>11:00</u> ☒a.m. / ☐p.m. before the Honorable <u>John D. Early</u>, in Courtroom <u>6B</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>June 23, 2017</u>        <u>John D. Early</u>  /s/
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                                      Page 1 of 1